# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| KEVIN WISTOFT, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:20-cv-01497-AMM-JHE |
| KAY IVEY, | ) |
| Defendant. | ) |

## MEMORANDUM OPINION

The magistrate judge filed a report on May 10, 2021, recommending this action be dismissed without prejudice for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b). Doc. 10. Although the magistrate judge advised the plaintiff of his right to file specific written objections within fourteen days, no objections have been received by the court.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the magistrate judge's report is hereby **ADOPTED** and the recommendation is **ACCEPTED**. Therefore, in accordance with 28 U.S.C. § 1915A(b), this action is due to be dismissed without prejudice for failing to state a claim upon which relief can be granted.

A Final Judgment will be entered.

**DONE** and **ORDERED** this 8th day of June, 2021.

_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE